# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TAMMY LIN LAHDE,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. C21-5873-MLP<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Based on Defendant's Motion for Extension of Time, and that opposing counsel has no opposition, it is hereby ORDERED that the Answer due date shall be amended as follows:

- Defendant shall have up to and including April 5, 2022, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record on or before that date, Defendant shall file another motion for extension.

Dated this 9th day of February, 2022.

                  */s/ Michelle L. Peterson*

                  MICHELLE L. PETERSON
                  United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE
ANSWER - 2